UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason Mulvihill,<br><br>            Plaintiff,<br><br>v.<br><br>St. Amant & Associates, et al.,<br><br>            Defendant. | Case No. 2:13-cv-0080 TLN DAD<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

St. Amant & Associates and Paul Eric St. Amant

Date: May 22, 2014                                                           MARIANNE MATHERLY, CLERK

                                                                                             By: /s/ C. Manzer
                                                                                             Deputy Clerk